Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−18699−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S Avila
   aka Anthony S Avila Diaz
   109 4th Street
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−5191

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/21/24
Time:             08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 30, 2024
JAN:

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony S Avila  
    Debtor

Case No. 24-18699-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 30, 2024      Form ID: 132      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2024 20:59:38 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 30 2024 21:00:31 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 30 2024 21:00:06 | Affirm, Inc., 650 California Strert Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 21:00:02 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 21:00:40 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | Sep 30 2024 20:53:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2024 20:59:59 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2024 20:59:37 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 30 2024 21:00:40 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 30 2024 21:00:33 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2024 21:00:17 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2024 21:00:17 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2024 21:00:28 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |

Case 24-18699-VFP    Doc 15    Filed 10/02/24    Entered 10/03/24 00:16:01    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2024 | Form ID: 132 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 520380884 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2024 21:00:17 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2024 21:00:02 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520380885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2024 21:00:02 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2024 20:59:45 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2024 20:59:46 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 30 2024 20:52:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 30 2024 20:52:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520385327 | | Email/Text: mrdiscen@discover.com | Sep 30 2024 20:51:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + | Email/Text: mrdiscen@discover.com | Sep 30 2024 20:51:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + | Email/Text: mrdiscen@discover.com | Sep 30 2024 20:51:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + | Email/Text: dplbk@discover.com | Sep 30 2024 20:53:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + | Email/Text: dplbk@discover.com | Sep 30 2024 20:53:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380895 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 30 2024 20:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 30 2024 20:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520380896 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2024 20:52:00 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2024 20:52:00 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + | Email/Text: Documentfiling@lciinc.com | Sep 30 2024 20:52:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-2802 |
| 520380899 | + | Email/Text: Documentfiling@lciinc.com | Sep 30 2024 20:52:00 | Lending Club, 595 Market Street, San Francisco, CA 94105-2802 |
| 520380900 | + | Email/Text: Documentfiling@lciinc.com | Sep 30 2024 20:52:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 30 2024 21:00:40 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + | Email/PDF: bankruptcy_prod@navient.com | Sep 30 2024 20:59:47 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + | Email/PDF: cbp@omf.com | Sep 30 2024 21:00:41 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + | Email/PDF: cbp@omf.com | Sep 30 2024 21:00:38 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520380905 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 30 2024 20:52:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + | Email/Text: birminghamtops@sba.gov | Sep 30 2024 20:53:52 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520380907 | + | Email/Text: birminghamtops@sba.gov | Sep 30 2024 20:53:52 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2024 20:59:34 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2024 21:00:22 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2024 20:59:48 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2024 20:59:33 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2024 21:00:22 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 |   | Email/Text: bankruptcies@uplift.com | Sep 30 2024 20:52:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 |   | Email/Text: bankruptcies@uplift.com | Sep 30 2024 20:52:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 |   | Email/Text: bankruptcies@uplift.com | Sep 30 2024 20:52:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + | Email/Text: bankruptcy@webbank.com | Sep 30 2024 20:52:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

**Name**                    **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 30, 2024 | Form ID: 132 | Total Noticed: 52 |

Denise E. Carlon
    on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
    on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Joshua I. Goldman
    on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5