| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for Cardinal Financial Company, Limited Partnership* | Order Filed on November 13, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Anthony S Avila *aka* Anthony S Avila Diaz**,<br><br>Debtor(s). | Case No.: 24-18699-VFP<br>Chapter 13<br>Judge: Vincent F. Papalia |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 13, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Anthony S Avila
Case No.: 24-18699-VFP
Caption of Order:     ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Padgett Law Group, Attorney for Cardinal Financial Company, Limited Partnership, appearing and for cause shown, it is

ORDERED as follows:

1. The objection to confirmation filed on behalf of Cardinal Financial Company, Limited Partnership, is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Cardinal Financial Company, Limited Partnership, in the estimated amount of $4,921.30 as set forth in anticipated Proof of Claim filed on November 12, 2024.

2. Debtor agrees to tender the post-petition mortgage payments directly to Cardinal Financial Company, Limited Partnership, in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.