Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24−18699−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S Avila
   aka Anthony S Avila Diaz
   109 4th Street
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−5191

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 25, 2024.

Dated: November 25, 2024
JAN: mcp

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18699-VFP |
| Anthony S Avila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| 520454128 | + | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 25 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 25 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2024 21:14:26 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 25 2024 21:14:27 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 25 2024 21:14:25 | Affirm, Inc., 650 California Strret Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:14:11 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:01:26 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2024 21:01:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | Nov 25 2024 20:51:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:14:06 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 25 2024 21:01:53 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 25 2024 21:13:46 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 25 2024 21:14:49 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2024 21:13:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416129 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Nov 25 2024 21:14:19 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Nov 25 2024 21:01:01 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Nov 25 2024 21:25:33 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 25 2024 21:14:21 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520380884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:25:35 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:14:55 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:14:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:14:26 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:14:25 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 25 2024 21:36:49 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | Nov 25 2024 20:51:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | Nov 25 2024 20:51:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | Nov 25 2024 20:51:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 25 2024 20:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + Email/Text: mrdiscen@discover.com | | |
| | | Nov 25 2024 20:50:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + Email/Text: mrdiscen@discover.com | | |
| | | Nov 25 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + Email/Text: dplbk@discover.com | | |
| | | Nov 25 2024 20:52:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + Email/Text: dplbk@discover.com | | |
| | | Nov 25 2024 20:52:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380895 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Nov 25 2024 20:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Nov 25 2024 20:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520436107 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Nov 25 2024 20:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 25 2024 20:50:00 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 25 2024 20:50:00 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Nov 25 2024 20:50:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-2802 |
| 520380899 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Nov 25 2024 20:50:00 | Lending Club, 595 Market Street, San Francisco, CA 94105-2802 |

Case 24-18699-VFP    Doc 27    Filed 11/27/24    Entered 11/28/24 00:17:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520380900 | + | Email/Text: Documentfiling@lciinc.com | Nov 25 2024 20:50:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 25 2024 21:37:09 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 25 2024 21:01:03 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + | Email/PDF: cbp@omf.com | Nov 25 2024 21:14:55 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + | Email/PDF: cbp@omf.com | Nov 25 2024 21:14:39 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2024 21:13:43 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2024 21:01:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 25 2024 20:51:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + | Email/Text: birminghamtops@sba.gov | Nov 25 2024 20:52:47 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907 | + | Email/Text: birminghamtops@sba.gov | Nov 25 2024 20:52:47 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:13:44 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:48:47 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:01:21 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:01:48 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2024 21:14:38 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 | + | Email/Text: bankruptcies@uplift.com | Nov 25 2024 20:50:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 | + | Email/Text: bankruptcies@uplift.com | Nov 25 2024 20:50:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 | + | Email/Text: bankruptcies@uplift.com | Nov 25 2024 20:50:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + | Email/Text: bankruptcy@webbank.com | Nov 25 2024 20:50:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 25, 2024 | Form ID: plncf13 | Total Noticed: 61 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Denise E. Carlon
on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Herbert B. Raymond
on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Joshua I. Goldman
on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5