HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:   ANTHONY S AVILA
      109 4TH STREET
      RIDGEFIELD PARK,  NJ  07660

Atty:  HERBERT B. RAYMOND, ESQ.
       7 GLENWOOD AVENUE
       4TH FLOOR SUITE 408
       EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-18699

## RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/07/2024 | $1,000.00 | | 12/06/2024 | $1,000.00 | |

**Total Receipts: $2,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 180.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,309.73 | 100.00% | 0.00 | 1,309.73 |
| 0006 | CAPITAL ONE NA | UNSECURED | 11,166.81 | 100.00% | 0.00 | 11,166.81 |
| 0009 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE NA | UNSECURED | 2,646.02 | 100.00% | 0.00 | 2,646.02 |
| 0012 | CARDINAL FINANCIAL COMPANY LIMITI | (NEW) Prepetition | 4,921.30 | 100.00% | 39.96 | 4,881.34 |
| 0013 | CITIBANK NA | UNSECURED | 37,952.70 | 100.00% | 0.00 | 37,952.70 |
| 0017 | CITICORP CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DISCOVER BANK | UNSECURED | 18,043.61 | 100.00% | 0.00 | 18,043.61 |
| 0020 | DISCOVER PERSONAL LOANS | UNSECURED | 12,415.51 | 100.00% | 0.00 | 12,415.51 |
| 0025 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | KOHL'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 30,329.61 | 100.00% | 0.00 | 30,329.61 |
| 0031 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | ROYAL PACIFIC FUNDING CORPORATION | (NEW) Prepetition | 3,698.65 | 100.00% | 30.04 | 3,668.61 |
| 0037 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 46,659.74 | 100.00% | 0.00 | 46,659.74 |
| 0039 | RESURGENT RECEIVABLES, LLC | UNSECURED | 14,521.83 | 100.00% | 0.00 | 14,521.83 |

**Chapter 13 Case # 24-18699**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0042 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 10,312.92 | 100.00% | 0.00 | 10,312.92 |
| 0045 | UPLIFT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0049 | CAPITAL ONE NA | UNSECURED | 1,542.45 | 100.00% | 0.00 | 1,542.45 |
| 0050 | RESURGENT RECEIVABLES, LLC | UNSECURED | 9,602.81 | 100.00% | 0.00 | 9,602.81 |
| 0051 | RESURGENT RECEIVABLES, LLC | UNSECURED | 6,313.77 | 100.00% | 0.00 | 6,313.77 |

**Total Paid:  $3,000.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $2,000.00    -    Paid to Claims: $70.00    -    Admin Costs Paid: $2,930.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.