UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

ANTHONY S. AVILA, DEBTOR(S)

Case No.: _____24-18699 VFP_____

Chapter: _____13_____

Judge: _____Vincent F. Papalia_____

---

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Anthony S. Avila_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:
>  U.S. Bankruptcy Court
>  District of New Jersey
>  50 Walnut Street
>  Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia, U.S.B.J.__ on _____July 3, 2025_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, _____50 Walnut St., 3rd Floor, Newark, NJ 07102_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:
>  Automobile accident which occurred on February 25, 2023.

> Pertinent terms of settlement: $24,500 settlement offer by Defendant's Insurance Carrier. Costs of suit and counsel fees to be deducted from settlement proceeds leaving $16,043, to be remitted by the Debtor regarding his asserted exemptions. This settlement, provides the Debtor the opportunity to pursue additional sums, up to $75,000, through New Jersey Manufacturers Insurance Company, his insurance carrier, through Under-Insured Motorist Coverage.

Objections must be served on, and requests for additional information directed to:

Name: Raymond & Raymond, Esqs., Herbert Raymond, Esq.

Address: 7 Glenwood Avenue, 4th Floor, East Orange, New Jersey 07017

Telephone No.: 973-675-5622 Phone;  Email: herbertraymond@gmail.com, Fax: 408-519-6711

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18699-VFP |
| Anthony S Avila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 16, 2025 | Form ID: pdf905 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |
| 520454128 | + | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 21:15:39 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 16 2025 21:05:18 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 16 2025 21:04:57 | Affirm, Inc., 650 California Strret Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:05:05 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:04:58 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:04:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | May 16 2025 20:51:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:04:54 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:05:15 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 16 2025 21:15:46 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 16 2025 21:04:47 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 21:04:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: May 16, 2025                    Form ID: pdf905                            Total Noticed: 62

| | | | |
|---|---|---|---|
| 520416129 | + Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2025 21:04:43 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:04:34 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:04:54 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + Email/PDF: ebn_ais@aisinfo.com | May 16 2025 21:04:38 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520380884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 21:04:43 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 21:15:39 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 21:05:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 21:15:39 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + Email/PDF: Citi.BNC.Correspondenc@citi.com | May 16 2025 21:04:43 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + Email/PDF: Citi.BNC.Correspondenc@citi.com | May 16 2025 21:15:41 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | Email/Text: BKCourtNotices@yourmortgageonline.com | May 16 2025 20:51:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | Email/Text: BKCourtNotices@yourmortgageonline.com | May 16 2025 20:51:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | Email/Text: BKCourtNotices@yourmortgageonline.com | May 16 2025 20:51:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | Email/Text: mrdiscen@discover.com | May 16 2025 20:50:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + Email/Text: mrdiscen@discover.com | May 16 2025 20:50:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + Email/Text: mrdiscen@discover.com | May 16 2025 20:50:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + Email/Text: dplbk@discover.com | May 16 2025 20:51:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + Email/Text: dplbk@discover.com | May 16 2025 20:51:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380895 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 16 2025 20:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 16 2025 20:51:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520436107 | Email/Text: JCAP_BNC_Notices@jcap.com | May 16 2025 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:04:34 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:15:54 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + Email/Text: Documentfiling@lciinc.com | May 16 2025 20:50:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380899 | + Email/Text: Documentfiling@lciinc.com | May 16 2025 20:50:00 | Lending Club, 595 Market Street, San Francisco, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: pdf905 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | | CA 94105-5839 |
| 520380900 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | May 16 2025 20:50:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | | May 16 2025 21:15:48 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | May 16 2025 21:05:24 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + | Email/PDF: cbp@omf.com | | |
| | | | May 16 2025 21:04:53 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + | Email/PDF: cbp@omf.com | | |
| | | | May 16 2025 21:04:33 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 16 2025 21:05:03 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 16 2025 21:04:37 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | May 16 2025 20:51:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | May 16 2025 20:51:00 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | May 16 2025 20:51:00 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 16 2025 21:05:15 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 16 2025 21:05:12 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 16 2025 20:49:59 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 16 2025 21:04:53 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | May 16 2025 21:05:12 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 | | Email/Text: bankruptcies@uplift.com | | |
| | | | May 16 2025 20:50:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 | | Email/Text: bankruptcies@uplift.com | | |
| | | | May 16 2025 20:50:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 | | Email/Text: bankruptcies@uplift.com | | |
| | | | May 16 2025 20:50:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + | Email/Text: bankruptcy@webbank.com | | |
| | | | May 16 2025 20:50:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

District/off: 0312-2                     User: admin                                        Page 4 of 4

Date Rcvd: May 16, 2025                  Form ID: pdf905                                     Total Noticed: 62

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5