Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  24−18699−VFP
        Chapter:  13
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S Avila
   aka Anthony S Avila Diaz
   109 4th Street
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−5191

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

$24,500 settlement offer by Defendant's Insurance Carrier. Costs of suit and counsel fees to be deducted from settlement proceeds leaving $16,043, to be remitted by the Debtor regarding his asserted exemptions. This settlement, provides the Debtor the opportunity to pursue additional sums, up to $75,000, through New Jersey Manufacturers Insurance Company, his insurance carrier, through Under−Insured Motorist Coverage.

Dated: June 27, 2025
JAN:

                                                                                                    Jeanne Naughton
                                                                                                   Clerk