UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorney at Law
7 Glenwood Avenue, 4^(TH) Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on July 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY S. AVILA, DEBTOR(S)

Case No.: 24-18699 VFP

Adv. No.:

Hearing Date: 7/3/2025 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENT

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED:

**DATED: July 10, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Anthony S. Avila, Debtor(s)
Case no.: 24-18699 VFP
Caption of order: Order Approving Compromise and Authorizing Disbursement
_____

Debtor, Anthony S. Avila, by and through his counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion For Approval of Compromise and Distribution of Compromise Proceeds, and the Motion, having been served by the Debtor, through counsel, on all Parties Noticed in the Motion, and by the Court, to all creditors, through the filing of Notice of Proposed Compromise or Settlement of Controversy by the Debtor, and no objection to the Notice of Motion For Approval of Compromise and Compromise Distribution or Notice of Proposed Compromise or Settlement of Controversy, having been filed, and/or all objections to the Motion and/or Notice of Proposed Compromise or Settlement of Controversy, having been resolved and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

1. The settlement, of the Debtor's cause of action, relating to an automobile accident claim, is determined to be for the highest possible value and therefore the Debtor(s) may settle this action, on the terms proposed by Special Counsel, and the settlement of this action, claim and/or controversy, be and is hereby determined to be in the best interest of the estate and the Debtor(s), and the settlement of this action be and is hereby approved and the Debtor is authorized to consummate the settlement as proposed by Special Counsel

Page 3

Debtor: Anthony S. Avila, Debtor(s)

Case no.: 24-18699 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursement

_____

    2. The Debtor(s) is authorized to settle this action, on the terms and conditions recommended by Special Counsel, as set forth in Counsel's Certification in Support of the Motion

    3. Distribution of the lawsuit proceeds must be paid and are authorized and must be distributed as follows:

        a. Total (gross) settlement amount: $24,500

        b. Expenses and Costs Advanced By Special Counsel: The sum of $436, is to be retained by Jerry Maroules, Esq., as actual costs and expenses of suit

        c. Special Counsel Legal Fees (33 & 1/3%): The amount of $8,021, is to be retained as legal fees, from the settlement proceeds, for Jerry Maroules, Esq., consistent with Special Counsel's Retainer Agreement with the Debtor

        d. Exempt Net Proceeds: The sum of $16,043, from the settlement proceeds, must be remitted by Special Counsel, to the Debtor, to cover the Debtor's claimed exemption(s)