Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−18699−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony S Avila
   aka Anthony S Avila Diaz
   109 4th Street
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−5191

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/4/25
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 10/1/2024 to 7/31/2025

COMMISSION OR FEES
$2,400.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 1, 2025
JAN: mcp

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18699-VFP |
| Anthony S Avila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 01, 2025 | Form ID: 137 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |
| 520454128 | + | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 01 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 01 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 21:04:08 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 01 2025 21:04:29 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 01 2025 21:16:04 | Affirm, Inc., 650 California Strert Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2025 21:05:39 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2025 21:16:28 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2025 21:05:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | Aug 01 2025 20:49:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:04:07 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:05:25 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 21:05:40 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 21:16:20 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 21:16:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520416129 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 21:05:55 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:04:31 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:16:36 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 01 2025 21:05:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520380884 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:16:36 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:04:59 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:16:04 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:05:48 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:05:50 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 21:05:46 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 01 2025 20:48:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 01 2025 20:48:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 01 2025 20:48:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | | Email/Text: mrdiscen@discover.com | Aug 01 2025 20:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + | Email/Text: mrdiscen@discover.com | Aug 01 2025 20:48:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + | Email/Text: mrdiscen@discover.com | Aug 01 2025 20:48:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + | Email/Text: dplbk@discover.com | Aug 01 2025 20:49:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + | Email/Text: dplbk@discover.com | Aug 01 2025 20:49:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380895 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 01 2025 20:48:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 01 2025 20:48:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520436107 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 01 2025 20:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:16:24 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2025 21:27:30 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + | Email/Text: Documentfiling@lciinc.com | Aug 01 2025 20:48:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380899 | + | Email/Text: Documentfiling@lciinc.com | Aug 01 2025 20:48:00 | Lending Club, 595 Market Street, San Francisco, |

Case 24-18699-VFP    Doc 43    Filed 08/03/25    Entered 08/04/25 00:16:34    Desc Imaged
                                Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2025 | Form ID: 137 | Total Noticed: 62 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CA 94105-5839 |
| 520380900 | + | Email/Text: Documentfiling@lciinc.com | Aug 01 2025 20:48:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 01 2025 21:05:55 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 01 2025 21:04:19 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + | Email/PDF: cbp@omf.com | Aug 01 2025 21:04:28 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + | Email/PDF: cbp@omf.com | Aug 01 2025 21:05:47 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2025 21:05:52 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2025 21:04:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 01 2025 20:48:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + | Email/Text: bankruptcynotices@sba.gov | Aug 01 2025 20:49:00 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907 | + | Email/Text: bankruptcynotices@sba.gov | Aug 01 2025 20:49:00 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2025 21:05:24 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2025 21:04:43 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2025 21:04:54 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2025 21:04:07 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2025 21:16:20 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 | | Email/Text: bankruptcies@uplift.com | Aug 01 2025 20:48:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 | | Email/Text: bankruptcies@uplift.com | Aug 01 2025 20:48:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 | | Email/Text: bankruptcies@uplift.com | Aug 01 2025 20:48:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + | Email/Text: bankruptcy@webbank.com | Aug 01 2025 20:48:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5