B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Anthony S Avila _____ ,          Case No.  24-18699 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Freedom Mortgage Corporation _____
Name of Transferee

Cardinal Financial Company, Limited Partnership
Name of Transferor

Name and Address where notices to transferee should be sent: Freedom Mortgage Corporation
Bankruptcy Department
11988 EXIT 5 PKWY, BLDG 4
Fishers, IN 46037-7939

Phone:  855-690-5900 _____
Last Four Digits of Acct #:      3612 _____

Court Claim # (if known):      15-1 _____
Amount of Claim:      $419,678.63 ____
Date Claim Filed:      11/12/2024 ____

Phone:  800-669-0340 _____
Last Four Digits of Acct. #:      3175 ____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ ReShaundra M. Suggs _____          Date: 10/09/2025 _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.