HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:    ANTHONY S AVILA
    109 4TH STREET
    RIDGEFIELD PARK,  NJ  07660

Atty:    HERBERT B. RAYMOND, ESQ.
    7 GLENWOOD AVENUE
    4TH FLOOR SUITE 408
    EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-18699

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 11/07/2024 | $1,000.00 | | 12/06/2024 | $1,000.00 | |
| 01/08/2025 | $1,000.00 | | 02/10/2025 | $1,000.00 | |
| 03/07/2025 | $1,000.00 | | 04/07/2025 | $1,000.00 | |
| 05/07/2025 | $1,000.00 | | 06/09/2025 | $1,000.00 | |
| 07/08/2025 | $1,000.00 | | 08/07/2025 | $1,000.00 | |
| 09/09/2025 | $1,000.00 | | 10/08/2025 | $1,000.00 | |
| 11/10/2025 | $1,000.00 | | 12/09/2025 | $1,000.00 | |
| 01/13/2026 | $1,000.00 | | | | |

**Total Receipts: $15,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| CARDINAL FINANCIAL COMPANY LIMITED PARTNERSHIP | | | | | | | |
| | 01/13/2025 | $39.96 | 938,980 | | 03/17/2025 | $1,073.33 | 941,721 |
| | 04/14/2025 | $536.67 | 943,189 | | 05/12/2025 | $542.37 | 944,617 |
| | 06/16/2025 | $542.37 | 946,024 | | 07/14/2025 | $542.38 | 947,472 |
| FREEDOM MORTGAGE CORPORATION | | | | | | | |
| | 10/20/2025 | $251.20 | 951,921 | | 11/17/2025 | $536.67 | 953,391 |
| | 12/15/2025 | $536.66 | 954,796 | | | | |
| ROYAL PACIFIC FUNDING CORPORATION | | | | | | | |
| | 01/13/2025 | $30.04 | 938,978 | | 03/17/2025 | $806.67 | 941,718 |
| | 04/14/2025 | $403.33 | 943,187 | | 05/12/2025 | $407.63 | 944,614 |
| | 06/16/2025 | $407.63 | 946,021 | | 07/14/2025 | $407.62 | 947,466 |
| | 10/20/2025 | $188.80 | 951,588 | | 11/17/2025 | $403.33 | 953,062 |
| | 12/15/2025 | $403.34 | 954,459 | | | | |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 24-18699**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 850.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,150.00 | 100.00% | 5,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,309.73 | 100.00% | 0.00 | 1,309.73 |
| 0006 | CAPITAL ONE NA | UNSECURED | 11,166.81 | 100.00% | 0.00 | 11,166.81 |
| 0009 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CAPITAL ONE NA | UNSECURED | 2,646.02 | 100.00% | 0.00 | 2,646.02 |
| 0012 | FREEDOM MORTGAGE CORPORATION | (NEW) Prepetition A | 4,921.30 | 100.00% | 4,601.61 | 319.69 |
| 0013 | CITIBANK NA | UNSECURED | 37,952.70 | 100.00% | 0.00 | 37,952.70 |
| 0017 | CITICORP CREDIT SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | DISCOVER BANK | UNSECURED | 18,043.61 | 100.00% | 0.00 | 18,043.61 |
| 0020 | DISCOVER PERSONAL LOANS | UNSECURED | 12,415.51 | 100.00% | 0.00 | 12,415.51 |
| 0025 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | KOHL'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 30,329.61 | 100.00% | 0.00 | 30,329.61 |
| 0031 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | ROYAL PACIFIC FUNDING CORPORATION | (NEW) Prepetition A | 3,698.65 | 100.00% | 3,458.39 | 240.26 |
| 0037 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | 46,659.74 | 100.00% | 0.00 | 46,659.74 |
| 0039 | RESURGENT CAPITAL SERVICES | UNSECURED | 14,521.83 | 100.00% | 0.00 | 14,521.83 |
| 0042 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 10,312.92 | 100.00% | 0.00 | 10,312.92 |
| 0045 | UPLIFT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0049 | CAPITAL ONE NA | UNSECURED | 1,542.45 | 100.00% | 0.00 | 1,542.45 |
| 0050 | RESURGENT CAPITAL SERVICES | UNSECURED | 9,602.81 | 100.00% | 0.00 | 9,602.81 |
| 0051 | RESURGENT CAPITAL SERVICES | UNSECURED | 6,313.77 | 100.00% | 0.00 | 6,313.77 |

**Total Paid: $14,060.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $15,000.00          -     Paid to Claims: $8,060.00          -     Admin Costs Paid: $6,000.00     =     Funds on Hand: $940.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.