UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: ___24-18699 VFP___ |
| | Chapter: ___13___ |
| ANTHONY S. AVILA, DEBTOR(S) | Judge: ___Vincent F. Papalia___ |

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Anthony S. Avila_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
> U.S. Bankruptcy Court
> District of New Jersey
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Vincent F. Papalia, U.S.B.J.___ on ___March 19, 2026___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___3B___, ___50 Walnut St., 3rd Floor, Newark, NJ 07102___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
> Settlement of UIM claim relating to automobile accident which occurred on February 25, 2023.

Pertinent terms of settlement: $37,500 settlement offer by Debtor's insurance carrier, NJM to settle the UIM claim. Costs of suit and counsel fees to be deducted from settlement proceeds leaving $24,710, to be remitted to the Debtor, regarding his claimed exemptions. This settlement leaves no further actions by the Debtor, as to his insurer or that of the negligent party.

Objections must be served on, and requests for additional information directed to:

Name: Raymond & Raymond, Esqs., Herbert Raymond, Esq.

Address: 7 Glenwood Avenue, 4th Floor, East Orange, New Jersey 07017

Telephone No.: 973-675-5622 Phone;  Email: herbertraymond@gmail.com, Fax: 408-519-6711

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18699-VFP |
| Anthony S Avila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdf905 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 06 2026 20:41:35 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2026 20:43:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 06 2026 20:51:47 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 06 2026 20:41:25 | Affirm, Inc., 650 California Strert Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 20:41:35 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 20:41:23 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 20:41:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | Feb 06 2026 20:43:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:33 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:33 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 06 2026 20:41:24 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 06 2026 20:41:24 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0312-2                          User: admin                                Page 2 of 4
Date Rcvd: Feb 06, 2026                     Form ID: pdf905                          Total Noticed: 65

| | | | |
|---|---|---|---|
| | | Feb 06 2026 20:41:22 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416129 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 06 2026 20:41:04 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:21 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:33 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 20:41:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520454128 | ^ MEBN | Feb 06 2026 20:38:52 | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:59 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:59 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:54 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:59 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:54 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 20:51:48 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 06 2026 20:43:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 06 2026 20:43:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 06 2026 20:43:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | Email/Text: mrdiscen@discover.com | Feb 06 2026 20:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + Email/Text: mrdiscen@discover.com | Feb 06 2026 20:42:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + Email/Text: mrdiscen@discover.com | Feb 06 2026 20:42:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + Email/Text: dplbk@discover.com | Feb 06 2026 20:44:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + Email/Text: dplbk@discover.com | Feb 06 2026 20:44:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520843216 | Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2026 20:43:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939 |
| 520843217 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 06 2026 20:43:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-7939 |
| 520380895 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 06 2026 20:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0312-2                          User: admin                                          Page 3 of 4
Date Rcvd: Feb 06, 2026                       Form ID: pdf905                                       Total Noticed: 65

| | | |
|---|---|---|
| | Feb 06 2026 20:43:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520436107        Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2026 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896    +   Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:24 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897    +   Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 20:41:21 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898    +   Email/Text: Documentfiling@lciinc.com | Feb 06 2026 20:42:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380899    +   Email/Text: Documentfiling@lciinc.com | Feb 06 2026 20:42:00 | Lending Club, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380900    +   Email/Text: Documentfiling@lciinc.com | Feb 06 2026 20:42:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901    +   Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 06 2026 20:41:06 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902    +   Email/PDF: Bankruptcy_Prod@mohela.com | Feb 06 2026 20:41:10 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904    +   Email/PDF: cbp@omf.com | Feb 06 2026 20:40:42 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903    +   Email/PDF: cbp@omf.com | Feb 06 2026 20:41:20 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603        Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 20:41:09 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875        Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2026 20:41:24 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905    +   Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 06 2026 20:43:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906    +   Email/Text: bankruptcynotices@sba.gov | Feb 06 2026 20:44:00 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907    +   Email/Text: bankruptcynotices@sba.gov | Feb 06 2026 20:44:00 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908    +   Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 20:40:39 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910    +   Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 20:40:39 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914    +   Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 20:40:39 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913    +   Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 20:41:31 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909    +   Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 20:41:32 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917        Email/Text: bankruptcies@uplift.com | Feb 06 2026 20:42:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916        Email/Text: bankruptcies@uplift.com | Feb 06 2026 20:42:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918        Email/Text: bankruptcies@uplift.com | Feb 06 2026 20:42:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919    +   Email/Text: bankruptcy@webbank.com | Feb 06 2026 20:42:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

District/off: 0312-2                                         User: admin                                      Page 4 of 4
Date Rcvd: Feb 06, 2026                                     Form ID: pdf905                                   Total Noticed: 65
TOTAL: 62

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6