Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18699−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony S Avila
    aka Anthony S Avila Diaz
    109 4th Street
    Ridgefield Park, NJ 07660

Social Security No.:
    xxx−xx−5191

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        3/5/26
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,850.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 9, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 24-18699-VFP |
|---|---|
| Anthony S Avila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2026 | Form ID: 137 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2026 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2026 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 21:05:12 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2026 21:02:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 09 2026 21:05:03 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 09 2026 21:05:26 | Affirm, Inc., 650 California Strert Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 21:05:13 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 21:05:28 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2026 21:05:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | Feb 09 2026 21:02:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:04:59 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:04:59 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 09 2026 21:05:14 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 09 2026 21:05:26 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0312-2                          User: admin                                    Page 2 of 4

Date Rcvd: Feb 09, 2026                       Form ID: 137                              Total Noticed: 65

| | | | |
|---|---|---|---|
| | | Feb 09 2026 21:05:12 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416129 | + Email/PDF: acg.acg.ebn@aisinfo.com | Feb 09 2026 21:05:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:05:10 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2026 21:05:10 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + Email/PDF: ebn_ais@aisinfo.com | Feb 09 2026 21:05:14 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520454128 | ^ MEBN | Feb 09 2026 20:53:00 | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:16 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:27 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:05 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:04 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:05 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2026 21:05:04 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2026 21:02:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2026 21:02:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 09 2026 21:02:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | Email/Text: mrdiscen@discover.com | Feb 09 2026 21:01:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + Email/Text: mrdiscen@discover.com | Feb 09 2026 21:01:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + Email/Text: mrdiscen@discover.com | Feb 09 2026 21:01:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + Email/Text: dplbk@discover.com | Feb 09 2026 21:03:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + Email/Text: dplbk@discover.com | Feb 09 2026 21:03:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520843216 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2026 21:02:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 520843217 | + Email/Text: Bankruptcy@Freedommortgage.com | Feb 09 2026 21:02:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
| 520380895 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 09 2026 21:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0312-2                          User: admin                                    Page 3 of 4
Date Rcvd: Feb 09, 2026                       Form ID: 137                                   Total Noticed: 65

|  |  |  | |
|---|---|---|---|
|  |  | Feb 09 2026 21:02:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
| 520436107 |  | Email/Text: JCAP_BNC_Notices@jcap.com |  |
|  |  | Feb 09 2026 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:05:10 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:05:22 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + | Email/Text: Documentfiling@lciinc.com |  |
|  |  | Feb 09 2026 21:01:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380899 | + | Email/Text: Documentfiling@lciinc.com |  |
|  |  | Feb 09 2026 21:01:00 | Lending Club, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380900 | + | Email/Text: Documentfiling@lciinc.com |  |
|  |  | Feb 09 2026 21:01:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com |  |
|  |  | Feb 09 2026 21:05:24 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + | Email/PDF: Bankruptcy_Prod@mohela.com |  |
|  |  | Feb 09 2026 21:05:25 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + | Email/PDF: cbp@omf.com |  |
|  |  | Feb 09 2026 21:05:09 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + | Email/PDF: cbp@omf.com |  |
|  |  | Feb 09 2026 21:05:21 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |
|  |  | Feb 09 2026 21:05:05 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |
|  |  | Feb 09 2026 21:05:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905 | + | Email/Text: BKCourtNotices@yourmortgageonline.com |  |
|  |  | Feb 09 2026 21:02:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + | Email/Text: bankruptcynotices@sba.gov |  |
|  |  | Feb 09 2026 21:03:00 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907 | + | Email/Text: bankruptcynotices@sba.gov |  |
|  |  | Feb 09 2026 21:03:00 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:05:09 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:04:58 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:05:21 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:04:58 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + | Email/PDF: ais.sync.ebn@aisinfo.com |  |
|  |  | Feb 09 2026 21:05:09 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 |  | Email/Text: bankruptcies@uplift.com |  |
|  |  | Feb 09 2026 21:01:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 |  | Email/Text: bankruptcies@uplift.com |  |
|  |  | Feb 09 2026 21:01:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 |  | Email/Text: bankruptcies@uplift.com |  |
|  |  | Feb 09 2026 21:01:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + | Email/Text: bankruptcy@webbank.com |  |
|  |  | Feb 09 2026 21:01:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

District/off: 0312-2            User: admin            Page 4 of 4

Date Rcvd: Feb 09, 2026        Form ID: 137          Total Noticed: 65

TOTAL: 62

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Royal Pacific Funding Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6