Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–18699–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony S Avila
aka Anthony S Avila Diaz
109 4th Street
Ridgefield Park, NJ 07660

Social Security No.:
xxx–xx–5191

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

$37,500 settlement offer by Debtor's insurance carrier, NJM to settle the UIM claim. Costs of suit and counsel fees to be deducted from settlement proceeds leaving $24,710, to be remitted to the Debtor, regarding his claimed exemptions. This settlement leaves no further actions by the Debtor, as to his insurer or that of the negligent party.

Dated: March 13, 2026
JAN:

Jeanne Naughton
Clerk