UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorney at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANTHONY S. AVILA, DEBTOR(S)

Case No.: 24-18699 VFP

Adv. No.:

Hearing Date: 3/19/2026 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENT
(AS TO UIM CLAIM)

The relief set forth on the following pages, two (2) through three (3) is hereby ORDERED:

**DATED: March 24, 2026**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Anthony S. Avila, Debtor(s)
Case no.: 24-18699 VFP
Caption of order: Order Approving Compromise and Authorizing
Disbursement (As to UIM Claim)

_____

Debtor, Anthony S. Avila, by and through his counsel,
Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record
Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable),
having filed a Motion For Approval of Compromise and
Distribution of Compromise Proceeds, and the Motion, having been
served by the Debtor, through counsel, on all Parties Noticed in
the Motion, and by the Court, to all creditors, through the
filing of Notice of Proposed Compromise or Settlement of
Controversy by the Debtor, and no objection to the Notice of
Motion For Approval of Compromise and Compromise Distribution or
Notice of Proposed Compromise or Settlement of Controversy,
having been filed, and/or all objections to the Motion and/or
Notice of Proposed Compromise or Settlement of Controversy,
having been resolved and/or for good cause having been shown, **IT
IS HEREBY ORDERED:**

1. The settlement, of the Debtor's cause of action,
relating to an automobile accident claim, specifically, the UIM
claim, is determined to be for reasonable value and therefore the
Debtor(s) may settle this action, on the terms proposed by
Special Counsel, and the settlement of this action,claim and/or
controversy, be and is hereby determined to be in the best
interest of the estate and the Debtor(s), and the settlement of
this action be and is hereby approved and the Debtor is

Page 3

Debtor: Anthony S. Avila, Debtor(s)

Case no.: 24-18699 VFP

Caption of order: Order Approving Compromise and Authorizing

Disbursement (As to UIM Claim)

_____

is authorized to consummate the settlement as proposed by

Special Counsel

2. The Debtor(s) is authorized to settle this action, the

UIM claim, on the terms and conditions, recommended by Special

Counsel, as set forth in Counsel's Certification in Support of

the Motion

3. Distribution of the lawsuit proceeds must be paid and

are authorized and must be distributed as follows:

a. Total (gross) settlement amount: $37,500

b. Expenses and Costs Advanced By Special Counsel: The

sum of $436, is to be retained, by Jerry Maroules, Esq., as

actual costs and expenses of suit

c. Special Counsel Legal Fees (33 & 1/3%): The amount

of $12,354, is to be retained as legal fees, from the settlement

proceeds, for Jerry Maroules, Esq., consistent with Special

Counsel's Retainer Agreement with the Debtor

d. Exempt Net Proceeds: The sum of $24,710, from the

settlement proceeds, must be remitted, by Special Counsel, to

the Debtor, to cover the Debtor's claimed exemption(s)