UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorney at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on March 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:


ANTHONY S. AVILA, DEBTOR(S)

Case No.: 24-18699 VFP

Adv. No.:

Hearing Date: 3/19/2026 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.


ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENT
(AS TO UIM CLAIM)


   The relief set forth on the following pages, two (2) through three (3) is
hereby ORDERED:


**DATED: March 24, 2026**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Anthony S. Avila, Debtor(s)
Case no.: 24-18699 VFP
Caption of order: Order Approving Compromise and Authorizing
Disbursement (As to UIM Claim)

_____

Debtor, Anthony S. Avila, by and through his counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion For Approval of Compromise and Distribution of Compromise Proceeds, and the Motion, having been served by the Debtor, through counsel, on all Parties Noticed in the Motion, and by the Court, to all creditors, through the filing of Notice of Proposed Compromise or Settlement of Controversy by the Debtor, and no objection to the Notice of Motion For Approval of Compromise and Compromise Distribution or Notice of Proposed Compromise or Settlement of Controversy, having been filed, and/or all objections to the Motion and/or Notice of Proposed Compromise or Settlement of Controversy, having been resolved and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

1. The settlement, of the Debtor's cause of action, relating to an automobile accident claim, specifically, the UIM claim, is determined to be for reasonable value and therefore the Debtor(s) may settle this action, on the terms proposed by Special Counsel, and the settlement of this action,claim and/or controversy, be and is hereby determined to be in the best interest of the estate and the Debtor(s), and the settlement of this action be and is hereby approved and the Debtor is

Page 3

Debtor: Anthony S. Avila, Debtor(s)

Case no.: 24-18699 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursement (As to UIM Claim)

_____

is authorized to consummate the settlement as proposed by Special Counsel

2. The Debtor(s) is authorized to settle this action, the UIM claim, on the terms and conditions, recommended by Special Counsel, as set forth in Counsel's Certification in Support of the Motion

3. Distribution of the lawsuit proceeds must be paid and are authorized and must be distributed as follows:

    a. Total (gross) settlement amount: $37,500

    b. Expenses and Costs Advanced By Special Counsel: The sum of $436, is to be retained, by Jerry Maroules, Esq., as actual costs and expenses of suit

    c. Special Counsel Legal Fees (33 & 1/3%): The amount of $12,354, is to be retained as legal fees, from the settlement proceeds, for Jerry Maroules, Esq., consistent with Special Counsel's Retainer Agreement with the Debtor

    d. Exempt Net Proceeds: The sum of $24,710, from the settlement proceeds, must be remitted, by Special Counsel, to the Debtor, to cover the Debtor's claimed exemption(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-18699-VFP

Anthony S Avila                                                                    Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Mar 25, 2026                  Form ID: pdf903                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2                                    User: admin                                           Page 2 of 2

Date Rcvd: Mar 25, 2026                          Form ID: pdf903                                    Total Noticed: 2

on behalf of Creditor Royal Pacific Funding Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6