UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-30942 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

| | |
|---|---|
| In Re:<br><br>Anthony S Avila aka Anthony S Avila Diaz | Case No:  24-18699-VFP<br><br>Judge:  Vincent F. Papalia<br><br>Chapter:  13 |

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S CHAPTER 13 PLAN

Freedom Mortgage Corporation ("Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Chapter 13 Plan* [DE 61], and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on September 2, 2024.

2.      Creditor holds a security interest in the Debtor's real property located at 109 4TH ST, Ridgefield Park, NJ 07660 (the "Property"), by virtue of a Mortgage.

3.      The Debtor filed a Chapter 13 Plan (the "Plan") on March 25, 2026 [DE 61].

4.      Creditor filed a Proof of Claim in this case on November 12, 2024 (Claim No. 15).

5.      Debtor's Plan lists Creditor as unaffected but the claim sets forth arrears of $4,921.30.  Creditor seeks to be paid the arrears through the plan payments distributed by the Trustee.

6.      Debtor's plan further provides for funding based on a potential sale of the Property by May 1, 2027. Debtor's Plan is speculative in nature because the sale is not supported

by proof of property value or marketing.  No request for retention or listing agreement has been placed on the docket.

**WHEREFORE**, Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Creditor by paying the arrears through the chapter 13 plan payments to be distributed by the Trustee, or through consent order, and for such other and further relief as the Court may deem just and proper.

*/s/Kimberly A. Wilson*
Andrew Spivack, NJ Bar No. 018141999
Kimberly A. Wilson, NJ Bar No. 031441997
Jay Jones, NJ Bar No. 972011
Brandon Perloff, NJ Bar No. 085462013
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: NJBKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

25-30942 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

| In Re: | Case No:  24-18699-VFP |
|---|---|
| Anthony S Avila ska Anthony S Avila Diaz | Judge:  Vincent F. Papalia |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.     I, Kimberly A. Wilson:

☒ represent <u>Freedom Mortgage Corporation</u> in this matter.

☐ am the secretary/paralegal for _____, who represents _____ in this matter.

☐ am the _____ in this case and am representing myself.

2.     On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   April 14, 2026                          /s/  *Kimberly A. Wilson*
                                                              Kimberly A. Wilson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony S Avila<br>109 4th Street<br>Ridgefield Park, NJ 07660 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Jerry Maroules<br>3232 John F. Kennedy Blvd.<br>Jersey City, NJ 07306 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee, One<br>Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR |

| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐ Other_____ (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.