**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  ANTHONY S AVILA

Order Filed on May 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-18699 VFP**

**Hearing Date:  5/7/2026**

**Judge:  VINCENT F. PAPALIA**

### ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: May 8, 2026**

_____
  Honorable Vincent F. Papalia
  United States Bankruptcy Judge

Case No.:  24-18699 VFP

Caption of Order:        ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 3/25/2026, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 10/1/2024, the Debtor shall pay the Standing Trustee

    the sum of $1,000.00 for a period of 24 month(s), and then

    the sum of $1,500.00 for a period of 36 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that the Debtor must sell property of 109 4th street, Ridgefield Park by 5/31/2027 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 24-18699-VFP

Anthony S Avila                                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                     User: admin                                          Page 1 of 2

Date Rcvd: May 08, 2026                          Form ID: pdf903                                   Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Herbert B. Raymond
                                     on behalf of Debtor Anthony S Avila herbertraymond@gmail.com
                                     raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                                     ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Joshua I. Goldman
                                     on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com,
                                     bkecf@padgettlawgroup.com

Kimberly A. Wilson
                                     on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Marie-Ann Greenberg
                                     magecf@magtrustee.com

Matthew K. Fissel
                                     on behalf of Creditor Royal Pacific Funding Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

District/off: 0312-2                         User: admin                              Page 2 of 2

Date Rcvd: May 08, 2026                      Form ID: pdf903                          Total Noticed: 2

U.S. Trustee

              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6