Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18699−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony S Avila
  aka Anthony S Avila Diaz
  109 4th Street
  Ridgefield Park, NJ 07660

Social Security No.:
  xxx−xx−5191

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 8, 2026.

Dated: May 8, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-18699-VFP

Anthony S Avila                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 4

Date Rcvd: May 08, 2026                       Form ID: plncf13                      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony S Avila, 109 4th Street, Ridgefield Park, NJ 07660-1009 |
| aty | + | Jerry Maroules, Agrapidis & Maroules, 3232 John F. Kennedy Blvd., Jersey City, NJ 07306-3419 |
| 520380893 | + | Dovenmuehle Mortgage Compnay, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2026 17:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2026 17:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2026 17:04:55 | CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | May 08 2026 17:00:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-8022 |
| 520380869 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 08 2026 17:05:06 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Floor 12, San Francisco, CA 94108-2716 |
| 520380870 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 08 2026 17:05:14 | Affirm, Inc., 650 California Strert Floor 12, San Francisco, CA 94108-2716 |
| 520380872 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:05:12 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520380871 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:05:11 | American Express, Correspondence/Bankruptcy, P0 Box 981540, El Paso, TX 79998-1540 |
| 520436102 | | Email/PDF: bncnotices@becket-lee.com | May 08 2026 17:05:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520380882 | + | Email/Text: bankruptcynotices@sba.gov | May 08 2026 17:00:00 | CESC - Covid EIDL Service Center, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 520380873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:05:10 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:04:53 | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380877 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 08 2026 17:05:13 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Road, Plano, TX 75024-2302 |
| 520380878 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 08 2026 17:04:56 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 520384374 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0312-2                                    User: admin                                              Page 2 of 4

Date Rcvd: May 08, 2026                            Form ID: plncf13                                    Total Noticed: 65

| | | | |
|---|---|---|---|
| | | May 08 2026 17:04:55 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520416129 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | May 08 2026 17:04:55 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520380879 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 08 2026 17:05:01 | Capital One N A, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520380880 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | May 08 2026 17:05:10 | Capital One NA, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520418376 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | May 08 2026 17:04:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520454128 | ^ MEBN | | |
| | | May 08 2026 16:52:15 | Cardinal Financial Company, Limited Partnership. c, ServiceMac, LLC, 9726 OLD BAILES ROAD SUITE 200, FORT MILL, SC 29707-7882 |
| 520380884 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:05:06 | Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520380883 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:05:14 | Citibank, Centralized Bankruptcy, P0 Box 790040, St Louis, MO 63179-0040 |
| 520449496 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:05:14 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520380885 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:04:57 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520380887 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:04:57 | Citicorp Credit Services, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520380886 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | May 08 2026 17:05:06 | Citicorp Credit Services, Centralized Bankruptcy, P0 Box 790040, St. Louis, MO 63179-0040 |
| 520380881 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | May 08 2026 16:59:00 | Cardinal Finance Company, C/O Dovenmuehle Mortgage, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047 |
| 520380892 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | May 08 2026 16:59:00 | Dovenmuehle Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 520451850 | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | May 08 2026 16:59:00 | Royal Pacific Funding Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 520385327 | Email/Text: mrdiscen@discover.com | | |
| | | May 08 2026 16:59:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520380889 | + Email/Text: mrdiscen@discover.com | | |
| | | May 08 2026 16:59:00 | Discover Financial, P0 Box 30939, Salt Lake City, UT 84130-0939 |
| 520380888 | + Email/Text: mrdiscen@discover.com | | |
| | | May 08 2026 16:59:00 | Discover Financial, Attn: Bankruptcy, P0 Box 3025, New Albany, OH 43054-3025 |
| 520380890 | + Email/Text: dplbk@discover.com | | |
| | | May 08 2026 17:01:00 | Discover Personal Loans, Attn: Bankruptcy, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520380891 | + Email/Text: dplbk@discover.com | | |
| | | May 08 2026 17:01:00 | Discover Personal Loans, P0 Box 30954, Salt Lake City, UT 84130-0954 |
| 520843216 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | May 08 2026 17:00:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-8022 |
| 520843217 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | May 08 2026 17:00:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY, BLDG 4, Fishers, IN 46037-7939, Freedom Mortgage Corporation, Bankruptcy Department 46037-8022 |
| 520380895 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | May 08 2026 17:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70321, Philadelphia, PA 19176-0321 |
| 520380894 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

District/off: 0312-2                           User: admin                              Page 3 of 4
Date Rcvd: May 08, 2026                      Form ID: plncf13                     Total Noticed: 65

| | | May 08 2026 17:00:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P0 Box 70379, Philadelphia, PA 19176-0379 |
|---|---|---|---|
| 520436107 | Email/Text: JCAP_BNC_Notices@jcap.com | May 08 2026 17:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520380896 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:05:01 | Kohl's, Attn: Credit Administrator, P0 Box 3043, Milwaukee, WI 53201-3043 |
| 520380897 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 17:05:01 | Kohl's, P0 Box 3115, Milwaukee, WI 53201-3115 |
| 520380898 | + Email/Text: Documentfiling@lciinc.com | May 08 2026 16:59:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380899 | + Email/Text: Documentfiling@lciinc.com | May 08 2026 16:59:00 | Lending Club, 595 Market Street, San Francisco, CA 94105-5839 |
| 520380900 | + Email/Text: Documentfiling@lciinc.com | May 08 2026 16:59:00 | Lending Club Corporation, 71 Stevenson Street Ste 300, San Francisco, CA 94105-2985 |
| 520380901 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 08 2026 17:05:03 | Navient, Attn: Claims/Bankruptcy, P0 Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520380902 | + Email/PDF: Bankruptcy_Prod@mohela.com | May 08 2026 17:05:12 | Navient, P0 Box 9500, Wilkes Barre, PA 18773-9500 |
| 520380904 | + Email/PDF: cbp@omf.com | May 08 2026 17:05:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 520380903 | + Email/PDF: cbp@omf.com | May 08 2026 17:05:09 | One Main Financial, Attn: Bankruptcy, P0 Box 3251, Evansville, IN 47731-3251 |
| 520453603 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 08 2026 17:04:57 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corp, POB 41067, Norfolk VA 23541 |
| 520434875 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 17:04:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520380905 | + Email/Text: BKCourtNotices@yourmortgageonline.com | May 08 2026 16:59:00 | Royal Pacific Fund, c/o Dovenhmule Mortgage, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 520380906 | + Email/Text: bankruptcynotices@sba.gov | May 08 2026 17:01:00 | SBA, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380907 | + Email/Text: bankruptcynotices@sba.gov | May 08 2026 17:01:00 | Small Business Adminstration, 801 Tom Martin Drive, Birmingham, AL 35211-6426 |
| 520380908 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2026 17:04:52 | Synchrony, P0 Box 71737, Philadelphia, PA 19176-1737 |
| 520380910 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2026 17:04:52 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 520380914 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2026 17:05:09 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 520380913 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2026 17:05:09 | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380909 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 08 2026 17:04:59 | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380917 | Email/Text: bankruptcies@uplift.com | May 08 2026 16:59:00 | Uplift, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520380916 | Email/Text: bankruptcies@uplift.com | May 08 2026 16:59:00 | Uplift, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 520380918 | Email/Text: bankruptcies@uplift.com | May 08 2026 16:59:00 | Uplift, Inc., Attn: Bankruptcy, 801 El Camino Real, Menlo Park, CA 94025 |
| 520380919 | + Email/Text: bankruptcy@webbank.com | May 08 2026 16:59:00 | Web bank Inc., 215 S State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520380874 | *+ | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 520380876 | *+ | Capital One, P0 Box 31293, Salt Lake City, UT 84131-0293 |
| 520392718 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 520380915 | *+ | Synchrony Bank, P0 Box 71727, Philadelphia, PA 19176-1727 |
| 520380911 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |
| 520380912 | *+ | Synchrony Bank, Attn: Bankruptcy, P0 Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Herbert B. Raymond | on behalf of Debtor Anthony S Avila herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Joshua I. Goldman | on behalf of Creditor Cardinal Financial Company  Limited Partnership josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Royal Pacific Funding Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6