**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   ANTHONY S AVILA

Order Filed on July 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-18699 VFP**

**Hearing Date:  7/16/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

   The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 16, 2026**

_Vincent F. Papalia_
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  ANTHONY S AVILA

Case No.:  24-18699

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 07/16/2026 on notice to HERBERT B.

RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,106.00

   starting on 8/1/2026 for 2 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,606.00

   starting on 10/1/2026 for the remaining 36 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.